### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN DOUGLAS McGEE,<br><br>     *Petitioner,*<br><br>v.<br><br>MICHAEL ZAKEN, et al.,<br><br>     *Respondents.* | CIVIL ACTION<br><br>NO. 22-2650 |

### ORDER

**AND NOW**, this 11th day of May 2023, upon consideration of Kevin McGee's Petition for a Writ of Habeas Corpus (ECF 1), Respondents' Opposition (ECF 11), the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF 12), and McGee's Objections (ECF 16), it is hereby **ORDERED** that:

1. McGee's objections are **OVERRULED** and Magistrate Judge Reid's Report and Recommendation (ECF 12) is **APPROVED** and **ADOPTED**;

2. McGee's Petition (ECF 1) is **DENIED**.

3. No certificate of appealability shall issue;[1]

4. McGee's Motion for Leave to Conduct Discovery (ECF 15) and Motion for a Stay of the Proceedings (ECF 22) are **DENIED**.

5. This case shall be **CLOSED** for statistical purposes.

                                          BY THE COURT:

                                          ***/s/ Gerald J. Pappert***
                                          GERALD J. PAPPERT, J.

---

[1] Reasonable jurists would not debate the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).